# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HERMAN FULWILEY, individually and, on behalf of all others similarly situated, | ) ) ) Case No. 1:18-CV-1964 |
| Plaintiffs, | ) ) |
| v. | ) **CLASS ACTION COMPLAINT** ) |
| BLUESTEM BRANDS, INC., d/b/a FINGERHUT, and DOES 1-10, | ) **JURY DEMANDED** ) ) Honorable Edmond E. Chang |
| Defendants. | ) ) |

**DEFENDANT, BLUESTEM BRANDS, INC.'S, d/b/a FINGERHUT, UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Bluestem Brands, Inc., d/b/a Fingerhut ("Bluestem"), hereby respectfully requests that this Court grant it until May 10, 2018, to answer or otherwise respond to Plaintiff's Complaint [Dkt. 1]. In support of this unopposed motion, Bluestem states as follows:

1. Plaintiff initiated this suit on March 19, 2018.

2. Plaintiff served Bluestem on March 22, 2018.

3. Accordingly, under Federal Rules of Civil Procedure 12(a)(1)(A), 6(a)(1)(C), and 6(a)(6)(A), Bluestem must respond to Plaintiff's Complaint on or before April 12, 2018.

4. Bluestem requires additional time to investigate the facts and legal theories alleged in Plaintiff's Complaint. Bluestem therefore seeks additional time to answer or otherwise respond.

5. This is Bluestem's first request for an extension and is not made for purposes of delay.

6.  Counsel for Plaintiff has agreed that Bluestem may represent to the Court that this motion is uncontested.

WHEREFORE, Bluestem Brands, Inc. respectfully requests that this Court grant its motion and enter an order giving Bluestem Brands Inc. until and including May 10, 2018, to answer or otherwise respond to the Complaint.

Dated: July 9, 2018

*/s/Erin L. Hoffman*
Erin L. Hoffman (MN No. 0387835)
Larry E. LaTarte (MN No. 0397782)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: erin.hoffman@FaegreBD.com
Email:  larry.latarte@FaegreBD.com

*Attorneys for Bluestem Brands, Inc. d/b/a Fingerhut*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2018, I electronically filed the foregoing **DEFENDANT, BLUESTEM BRANDS, INC.'S, d/b/a FINGERHUT, UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing all counsel of record.

*s/ Erin L. Hoffman*
Erin L. Hoffman